IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION


OLUFEMI OKUNOREN                                        PLAINTIFF


VS.                                 CIVIL ACTION NO. 3:08CV178TSL-JCS


UNITED STATES OF AMERICA                                 DEFENDANT


<u>JUDGMENT</u>

In accordance with the memorandum opinion and order this court rendered this date, it is hereby ORDERED AND ADJUDGED that the complaint of Olufemi Okunoren is dismissed without prejudice.

SO ORDERED AND ADJUDGED this 18th day of May, 2009.


/s/ Tom S. Lee_____
UNITED STATES DISTRICT JUDGE